197 So. 82

### Troy POCKRUS v. STATE.

#### 8 Div. 62.

*Supreme Court of Alabama.*

June 27, 1940.

H. T. Foster, of Scottsboro, for the motion.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Troy Pockrus for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Pockrus v. State, 29 Ala.App. 391, 197 So. 81.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.